# Third District Court of Appeal
## State of Florida

Opinion filed September 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1148
Lower Tribunal No. 18-15825
_____

**Lars P. Stout,**
Appellant,

vs.

**Deutsche Bank National Trust Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Hinshaw & Culbertson LLP, and James H. Wyman, for appellee.

Before LOGUE, C.J., and FERNANDEZ, and LINDSEY, JJ.

PER CURIAM.

Affirmed.